```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL SABINO,

                        Plaintiff,

   -against-

SUPERINTENDENT FISHKILL
CORRECTIONAL FACILITY, et al.,

                       Defendants.

19 cv 7268 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

    On March 12, 2021, this Court issued an Order to Show Cause directing Plaintiff Daniel Sabino ("Sabino" or "Plaintiff") to show cause in writing on or before April 13, 2021 why his claims against Defendants should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 37.) The Clerk of Court mailed a copy of the Order to Show Cause to Plaintiff on March 15, 2021 and that mailing was returned to the Court as undeliverable on April 2, 2021. Plaintiff has not responded to the Court's Order.

    Therefore, this case is dismissed without prejudice for want of prosecution. The Clerk of Court is directed to terminate the motion at ECF No. 33 as moot, mail a copy of this order to pro se Plaintiff at the address on ECF, and show service on the docket.

Dated: April 14, 2021
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge